UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 02-20681-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

vs.

JORGE RAMIREZ,

        Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on a Petition for Warrant or Summons for Offender Under Supervision. DE 53.

The matter was referred to Magistrate Judge O'Sullivan, who issued a Report recommending the revocation of Defendant's supervised release based on Defendant's admission to two violations of his supervised release conditions. DE 66. The parties have not objected to the Report.

The Court, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (DE 66) is RATIFIED, AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of February 2007.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: Counsel of Record